**Opinion issued April 18, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01149-CV

———————————

## IN RE JAMES JOSEPH ROONEY, Relator

———

### Original Proceeding on Petition for Writ of Mandamus

———

### MEMORANDUM OPINION

Relator, James Joseph Rooney, has filed a petition for writ of mandamus in this Court. The underlying action pending in the trial court is a suit to modify the parent-child relationship.[1] In his mandamus petition, Rooney challenges the trial

---

[1] The underlying case is *In re K.K.R.*, No. 2012-43652 (308th Dist. Ct., Harris Cnty., Tex.), the Honorable James Lombardino, presiding.

court's temporary order compelling him to pay $50,000 in interim attorney's fees to the real party in interest, Kora Jean Leach, and her attorneys.

We deny the petition for writ of mandamus. We vacate the temporary stay granted on December 20, 2012 in this case. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.